AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| V. | |

Merin Omar Polanco-Guevara
*Defendant*

Case Number: 13-3192 MB

Upon motion of the __USA__, it is ORDERED that a detention hearing is set __4/24/13__ * at __10:30 am__
*Date*  *Time*

before __UNITED STATES MAGISTRATE JOE B. BROWN__
*Name of Judicial Officer*

__Courtroom 783, U.S. COURTHOUSE, 801 BROADWAY, NASHVILLE, TN__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
*Other Custodial Official*

Date: 4-18-13

*Judicial Officer* (signed) Joe B. Brown